# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 379 EAL 2017

                 Respondent   :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
          v.                :

EDDIE EVANS,   :

                 Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.